UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION NO. 98<br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, et. al. | :    NO. 10-3488<br>: |
|            Plaintiffs | :<br>: |
| v | :<br>: |
| IVC, INC. t/a INDUSTRIAL VALLEY<br>CONTROLS, INC. | :<br>: |
|            Defendant | : |

## ORDER

THIS MATTER, having been opened to the Court by the plaintiffs in the above captioned matter, upon motion pursuant to Federal Rule of Civil Procedure 55(b)(2) requesting that this Court enter a default judgment in favor of plaintiffs and against defendant IVC, Inc. t/c Industrial Valley Controls, Inc. and it appearing to the Court after reviewing the moving papers that the requested relief should be granted and for good cause shown;

AND NOW, this _____ day of _____, 2010, it is hereby ORDERED and DECREED that the plaintiffs' motion to enter default judgment is GRANTED.

IT IS FURTHER ORDERED THAT:

    1.    Judgment is entered in favor of plaintiffs and against defendant IVC, Inc. t/c Industrial Valley Controls, Inc.

    2.    Defendant IVC, Inc. t/c Industrial Valley Controls, Inc. is to sufficiently cooperate in the process of a payroll audit at the request of plaintiffs;

3.  Defendant IVC, Inc. t/c Industrial Valley Controls, Inc. is to pay to the plaintiffs within (20) days of this Order the value of the cost incurred by the plaintiffs prosecuting this claim equal to $554.66. The payment of costs is to be made payable to the law office of Marino, Conroy & Coyle.

4.  Defendant IVC, Inc. t/c Industrial Valley Controls, Inc. is to pay to the plaintiffs within (20) days of this Order the value of reasonable attorney's fees incurred by the plaintiffs prosecuting this claim equal to $1539.33. The payment of reasonable attorney's fees is to be made payable to the law office of Marino, Conroy & Coyle.

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION NO. 98<br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, et. al.<br><br>        Plaintiffs<br><br>        v<br><br>IVC, INC. t/a INDUSTRIAL VALLEY<br>CONTROLS, INC.<br><br>        Defendant | NO. 10-3488 |

## **MOTION TO ENTER DEFAULT JUDGMENT**

AND NOW comes the plaintiffs by and through their attorneys Marino, Conroy & Coyle pursuant to Federal Rules of Civil Procedure 55(b)(2) and requests that this Court enter a default judgment in favor plaintiffs and against defendant IVC, Inc. t/c Industrial Valley Controls, Inc. The motion is made on the ground that the defendant has failed to appear in this action and that the time allowed for appearance has expired. The motion is based on the records and files herein and on the declaration of Steven F. Marino, Esquire, attorney for plaintiffs, in support of the prayer for award of attorneys' fees and reimbursement of expenses, attached hereto. This being a routine motion involving procedure, no memorandum of law is attached.

                                        Respectfully submitted,

                                        MARINO, CONROY & COYLE
                                        301 Wharton Street
                                        Philadelphia, Pa 19147
                                        Telephone (215) 462-3200
                                        Telecopier (215) 462-4763

                             By:    <u>SFM6768</u>
                                        Steven F. Marino, Esquire
                                        PA Identification # 53034

Dated: October 25, 2010          Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION NO. 98<br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, et. al.<br><br>          Plaintiffs<br><br>     v<br><br>IVC, INC. t/a INDUSTRIAL VALLEY<br>CONTROLS, INC.<br><br>          Defendant | :<br>:   NO. 10-3488<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

I, Steven F. Marino, Esquire declare as follows:

1. This law firm of Marino, Conroy & Coyle is counsel of record for plaintiffs named in the instant action.

2. I am an attorney employed by the law firm of Marino, Conroy & Coyle entrusted with the management of this file.

3. The total number of hours dedicated to this litigation by the law firm of Marino, Conroy & Coyle is 9.6. The total lodestar amount for attorney/paralegal time based on the firm's current rates is $1,539.33. The hours dedicated to prosecution were necessary and the charges were at rates not higher than those generally charged for such work in this District. The amounts of set forth below were actually incurred by the plaintiffs prosecuting this matter. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Steven F. Marino | (P) | 5.17 | 225.00 | $1162.50 |
| | (A) | | | |
| | (PL) | 4.43 | 85.00 | $376.83 |
| *TOTAL:* | | *9.60* | | *$1,539.33* |

(P) Partner

(A) Associate

(PL) Paralegal

4. The law firm of Marino, Conroy & Coyle incurred reimbursable expenses in connection with the prosecution of this litigation in the amount equal to $554.66.

5. The hours dedicated to prosecuting this matter is recorded in the firm's accounting system expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

6. I declare that the facts set forth in the forgoing are true and accurate to the best of the undersigned's information and belief and are verified subject to the penalties for unsworn falsification to authorities pursuant to 18 Pa.C.S.A 4904.

                                      Respectfully submitted,

                                      MARINO, CONROY & COYLE
                                      301 Wharton Street
                                      Philadelphia, Pa 19147
                                      Telephone (215) 462-3200
                                      Telecopier (215) 462-4763

                    By:    SFM6768
                                      Steven F. Marino, Esquire
                                      PA Identification # 53034

Dated: October 25, 2010          Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION NO. 98<br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, et. al.<br><br>            Plaintiffs<br><br>            v<br><br>IVC, INC. t/a INDUSTRIAL VALLEY<br>CONTROLS, INC.<br><br>            Defendant | NO. 10-3488 |

## **AFFIDAVIT OF COUNSEL**

Steven F. Marino, Esquire of age being first duly sworn according to law upon oath, deposes and says:

1.    I am an attorney with the law firm of Marino, Conroy & Coyle attorneys for plaintiffs, and am entrusted with the management of this file.

2.    That the foregoing Statement of Costs is true and correct; that the costs and fees associated with prosecution of the instant matter in the United States District Court For The Eastern District of Pennsylvania were necessary; that the charges were at rates not higher than those generally charged for such work in this Commonwealth, and that the amounts of set forth in the statement were actually incurred by the plaintiffs.

                    Respectfully submitted,

                    MARINO, CONROY & COYLE
                    301 Wharton Street
                    Philadelphia, Pa 19147
                    Telephone (215) 462-3200
                    Telecopier (215) 462-4763

By:   SFM6768
        Steven F. Marino, Esquire
        PA Identification # 53034

Dated: October 25, 2010       Attorneys for Plaintiffs

Marino, Conroy & Coyle

# Customer Invoice
## IBEW Local 98 - Industrial Valley Controls
January 2 through October 25, 2010

| Date | Memo | Qty | Rate | Amount |
|---|---|---|---|---|
| 07/09/2010 | Prepare draft Complaint - USDCEDPA | 2.4 | $ 225.00 | $ 540.00 |
| 07/12/2010 | Revise draft Complaint - USDCEDPA | 0.3 | $ 225.00 | $ 67.50 |
| 07/15/2010 | Copy and bind Complaint | 0.5 | $ 85.00 | $ 42.50 |
| 07/15/2010 | File Complaint US District Court | 0.5 | $ 85.00 | $ 42.50 |
| 07/15/2010 | Inner office filing | 0.33333 | $ 85.00 | $ 28.33 |
| 07/15/2010 | Complaint | 1 | $ 350.00 | $ 350.00 |
| 07/19/2010 | Review activity entries entered 7/15/10 | 0.3 | $ 225.00 | $ 67.50 |
| 07/31/2010 | Copies | 123 | $ 0.35 | $ 43.05 |
| 08/23/2010 | Electronically file executed Summons for service of Complaint | 0.5 | $ 85.00 | $ 42.50 |
| 08/23/2010 | Inner office filing | 0.3 | $ 85.00 | $ 25.50 |
| 08/23/2010 | Update Litigation Report | 0.3 | $ 225.00 | $ 67.50 |
| 09/16/2010 | Update Litigation Report | 0.2 | $ 225.00 | $ 45.00 |
| 09/16/2010 | Draft Request for Entry of Default | 0.5 | $ 225.00 | $ 112.50 |
| 09/16/2010 | Copy and bind Request for Entry of Default | 0.5 | $ 85.00 | $ 42.50 |
| 09/16/2010 | Electronically file Request for Entry of Default | 0.33333 | $ 85.00 | $ 28.33 |
| 09/16/2010 | Inner office filing | 0.3 | $ 85.00 | $ 25.50 |
| 09/16/2010 | Correspondence to Brian Rekos | 0.33333 | $ 225.00 | $ 75.00 |
| 09/30/2010 | Postage | 1 | $ 0.61 | $ 0.61 |
| 08/20/2010 | Complaint of Civil Action - Ed Trotter | 1 | $ 161.00 | $ 161.00 |
| 10/25/2010 | Draft Motion for Default Judgment | 0.5 | $ 225.00 | $ 112.50 |
| 10/25/2010 | Copy and bind Motion for Default Judgment | 0.5 | $ 85.00 | $ 42.50 |
| 10/25/2010 | Electronically file Motion for Default Judgment | 0.33333 | $ 85.00 | $ 28.33 |
| 10/25/2010 | Correspondence to Industrial Valley Controls | 0.33333 | $ 225.00 | $ 75.00 |
| 10/25/2010 | Inner office filing | 0.33333 | $ 85.00 | $ 28.33 |
| | | | | $ 2,093.98 |

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

LOCAL UNION NO. 98                        :
INTERNATIONAL BROTHERHOOD OF              :   NO. 10-3488
ELECTRICAL WORKERS, et. al.               :
                                          :
          Plaintiffs                      :
                                          :
     v                                    :
                                          :
IVC, INC. t/a INDUSTRIAL VALLEY           :
CONTROLS, INC.                            :
                                          :
          Defendant                       :

## CERTIFICATE OF MAILING

I certify that this day I caused to be deposited in the United States mail a sealed envelope containing a copy of the foregoing Motion for Default Judgment, and supporting papers and served the foregoing upon the persons and in the manner indicated below, which service satisfies the requirements of Federal Rule of Civil Procedure 5.

<u>Regular Mail</u>:
Mr. Brian Rekos
Industrial Valley Controls, Inc.
301 Circle of Progress
Pottstown PA 19464
          (defendant)

                              By:   SFM6768
                                    STEVEN F. MARINO, ESQUIRE
Dated: October 25, 2010             Attorney I.D. 53034